**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: ROSARIO ABEL "JOAQUIN" CAMARGO BANUELOS <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes  ☒ No        If yes: Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br>     CR <u>Enter CR Cause Number here.</u>    or    MJ <u>Enter MJ Cause Number here.</u> <br><br> Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br><br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br><br> ☐ In local custody: <u>Enter local jurisdiction here.</u> <br><br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br><br> ☒ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br><br> ☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u> <br>    ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name: FRANCISCO "FERNANDO" CAMARGO BANUELOS

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No   If yes: Select Charging Doc Type

If yes, please enter the cause number below:

CR <u>Enter CR Cause Number here.</u>   or   MJ <u>Enter MJ Cause Number here.</u>

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

## Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: <u>Enter other District here.</u>

☐ In custody (different cause number) in another District: <u>Enter other info here.</u>

☐ In local custody: <u>Enter local jurisdiction here.</u>

☐ In the community on supervision under cause number: <u>Enter cause number here.</u>

☒ At large.

☐ Other: Click or tap here to enter text.

## Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

## Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

  ☐ Defendant Address: <u>Click or tap here to enter text.</u>

☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u>

  ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u>

## Trial

Estimated trial length (days): 3 Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JOSE RUBEN MEJIA ORTIZ <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No         If yes: Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br> CR <u>Enter CR Cause Number here.</u>    or    MJ <u>Enter MJ Cause Number here.</u> <br><br> Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br><br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br><br> ☐ In local custody: <u>Enter local jurisdiction here.</u> <br><br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br><br> ☒ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br><br> ☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u> <br>    ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: JUAN CARLOS GARCIA OLAIS

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No   If yes: Select Charging Doc Type

If yes, please enter the cause number below:

   CR Enter CR Cause Number here.   or   MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 3 Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JORGE BONEO NIEBLAS <br><br> Is there already a charging document filed for this defendant for this case in this district? <br> ☐ Yes  ☒ No   If yes: Select Charging Doc Type <br> If yes, please enter the cause number below: <br> CR <u>Enter CR Cause Number here.</u>   or   MJ <u>Enter MJ Cause Number here.</u> <br> Has the Defendant had an initial appearance in this case in this district?  ☐ Yes  ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br> ☐ In local custody: <u>Enter local jurisdiction here.</u> <br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br> ☒ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: Click or tap to enter a date. <br>   ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br> ☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u> <br>   ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: IVAN GARCIA CAMACHO<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No           If yes: Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>　　CR <u>Enter CR Cause Number here.</u>    or    MJ <u>Enter MJ Cause Number here.</u><br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: <u>Enter other District here.</u><br><br>☐ In custody (different cause number) in another District: <u>Enter other info here.</u><br><br>☐ In local custody: <u>Enter local jurisdiction here.</u><br><br>☐ In the community on supervision under cause number: <u>Enter cause number here.</u><br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br>　　☐ Defendant Address: <u>Click or tap here to enter text.</u><br><br>☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u><br>　　☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name: 7.   EDER RAMIREZ PINO

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes     ☒ No          If yes: Select Charging Doc Type

If yes, please enter the cause number below:

    CR Enter CR Cause Number here.     or      MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

## Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

## Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

## Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

## Trial

Estimated trial length (days): 3 Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name:     ROSENDO VAZQUEZ MEDRANO<br>Is there already a charging document filed for this defendant for this case in this district?<br>☐ Yes   ☒ No            If yes:  Select Charging Doc Type<br>If yes, please enter the cause number below:<br>    CR <u>Enter CR Cause Number here.</u>     or     MJ <u>Enter MJ Cause Number here.</u><br>Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br>☐ At the FDC under a different cause number: Enter different cause number here.<br>☐ In custody under this cause number in another District: <u>Enter other District here.</u><br>☐ In custody (different cause number) in another District: <u>Enter other info here.</u><br>☐ In local custody: <u>Enter local jurisdiction here.</u><br>☐ In the community on supervision under cause number: <u>Enter cause number here.</u><br>☒ At large.<br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br>☐ Continue Detention<br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br>☐ Summons to be issued for: Click or tap to enter a date.<br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u><br>☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u><br>    ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name:    ALDO MIGUEL MONTES

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No         If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

    CR Enter CR Cause Number here.    or    MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 3 Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name:    ISABEL VILLARREAL ZAPIEN

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No        If yes: Select Charging Doc Type

If yes, please enter the cause number below:

    CR Enter CR Cause Number here.    or    MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☒ In local custody: King County Jail

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 3 Days

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name:   KEVIN ALEXANDER MISACANGO SOLANO

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No           If yes: Select Charging Doc Type

If yes, please enter the cause number below:

　　　CR Enter CR Cause Number here.   or   MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

## Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: King County Jail

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

## Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

## Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

　　☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

　　☐ Defense Counsel name and address: Click or tap here to enter text.

## Trial

Estimated trial length (days): 3 Days

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name: KARIM DAVIS

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No          If yes: Select Charging Doc Type

If yes, please enter the cause number below:

   CR Enter CR Cause Number here.   or   MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

## Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☒ In local custody: Sno County Jail

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

## Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

## Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

   ☐ Defense Counsel name and address: Click or tap here to enter text.

## Trial

Estimated trial length (days): 3 Days

## Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | **Defendant Name:** TYLER JOHNSON <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes  ☒ No   If yes: Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br> CR <u>Enter CR Cause Number here.</u>   or   MJ <u>Enter MJ Cause Number here.</u> <br><br> Has the Defendant had an initial appearance in this case in this district?  ☐ Yes  ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br><br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br><br> ☒ In local custody Washington DOC <br><br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br><br> ☐ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br>   ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br><br> ☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u> <br>   ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| **Trial** | Estimated trial length (days): 3 Days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name:    ISRAEL DAVIS<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☐ Yes    ☒ No         If yes: Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>    CR Enter CR Cause Number here.    or    MJ Enter MJ Cause Number here.<br><br>Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: Enter other District here.<br><br>☐ In custody (different cause number) in another District: Enter other info here.<br><br>☐ In local custody:<br><br>☐ In the community on supervision under cause number: Enter cause number here.<br><br>☒ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br>    ☐ Defendant Address: Click or tap here to enter text.<br><br>☐ Letter to defense counsel for appearance on: Click or tap to enter a date.<br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 3 Days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| Defendant Status | Defendant Name:     ALEX PHAN <br> Is there already a charging document filed for this defendant for this case in this district? <br> ☐ Yes     ☒ No             If yes:  Select Charging Doc Type <br> If yes, please enter the cause number below: <br>       CR <u>Enter CR Cause Number here.</u>    or      MJ <u>Enter MJ Cause Number here.</u> <br> Has the Defendant had an initial appearance in this case in this district?   ☐ Yes     ☒ No |
| Defendant Location | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br> ☐ In local custody: <br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br> ☒ At large. <br> ☐ Other: Click or tap here to enter text. |
| Release | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| Arraignment | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: Click or tap to enter a date. <br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br> ☐ Letter to defense counsel for appearance on: <u>Click or tap to enter a date.</u> <br>    ☐ Defense Counsel name and address: <u>Click or tap here to enter text.</u> |
| Trial | Estimated trial length (days): 3 Days |